**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 19 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALVARO SANCHEZ-ORTEGA, | No. 12-73829 |
| Petitioner, | Agency No. A099-626-245 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | ORDER* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 19, 2017 **
Pasadena, California

Before: PREGERSON, NGUYEN, and OWENS, Circuit Judges.

The case is submitted as of the date of this order.

Respondent's motion to remand is granted. This case is remanded to the

Board of Immigration Appeals for further consideration in light of *Bringas-*

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      Oral argument was vacated. The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Rodriguez v. Sessions*, 850 F.3d 1051 (9th Cir. 2017) (en banc).

Costs on appeal are awarded to petitioner.  This order shall serve as the mandate of the court.

12-73829